■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALTER BELLE, Appellant. [704 NYS2d 874] —Appeal by the defendant from a sentence of the County Court, Suffolk County (Corso, J.), rendered December 10, 1997.

Ordered that the sentence is affirmed.

The defendant effectively waived appellate review of the is-

sue he now seeks to raise as part of his plea agreement (*see, People v Callahan,* 80 NY2d 273; *People v Seaberg,* 74 NY2d 1). In any event, the sentence imposed was not excessive (*see, People v Kazepis,* 101 AD2d 816). Mangano, P. J., Ritter, Sullivan, Goldstein and Schmidt, JJ., concur.